1  JAMES J. WALDORF BAR NO. 38297
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. ACV 08-07762 |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| CHANDRA D. TAYLOR, | |
| Defendant, | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, CHANDRA D. TAYLOR, as to claim one, in the total amount of $1,324.08 and as to claim two the total amount of $73,751.44 for a total judgment amount of $75,075.52.

Dated: 01/30/2009

TERRY NAFISI, CLERK
United States District Court
Central District of California

A. KANNIKE
By: Deputy Clerk

1